HEATHER E. WILLIAMS, CA #122664
Federal Defender
ERIN SNIDER, CA #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-mj-00018-SAB-1 |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION FOR BAIL REVIEW; EXHIBIT A** |
| vs. | |
| CRUZ GARCIA-MARTINEZ, | Date:  February 16, 2022<br>Time:  2:00 p.m.<br>Judge: Hon. Erica P. Grosjean |
| Defendant. | |

PLEASE TAKE NOTICE that on February 16, 2022, at 2:00 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Erica P. Grosjean, United States Magistrate Judge for the Eastern District of California, Cruz Garcia-Martinez, through his attorney, Assistant Federal Defender Erin Snider, will move the Court for a bail review pursuant to the Bail Reform Act.

**MOTION**

Cruz Garcia-Martinez hereby moves this Court for a review of his custodial status pursuant to 18 U.S.C. § 3142(f). Section 3142(f) provides that a detention hearing "may be reopened . . . at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of the community." 18 U.S.C. § 3142(f).

Mr. Garcia-Martinez made his initial appearance in this case on January 27, 2022. *See* Dkt. #3. At the time, a detention hearing was set for February 1, 2022. *See* Dkt. #3. On February 1, 2022, the detention hearing was held. *See* Dkt. #6. At the conclusion of the detention hearing, the magistrate judge detained Mr. Cruz-Garcia on the ground that the proposed conditions of release would not reasonably assure his appearance as required. *See* Exh. A. Specifically, the magistrate judge noted that "a third party custodian would be appropriate" and suggested that "[t]here certainly could be something you could bring back to the Court" in response to defense counsel's comment that she was continuing to attempt to locate a suitable third party custodian. *Id.* at 12-13.

Since the initial February 1, 2022 detention hearing, defense counsel has identified a suitable third-party custodian. Jose Gomez is a family friend and Mr. Garcia-Martinez's son's godfather. Defense counsel has spoken with Mr. Gomez and explained the duties of serving as a third-party custodian and Mr. Gomez has indicated he is willing to take on the responsibility. Defense counsel has provided Mr. Gomez's contact information to the Pretrial Services Officer, who indicated she would begin the vetting process as soon as the instant motion is filed.

The existence of a suitable third-party custodian constitutes new information warranting reopening the detention hearing pursuant to 18 U.S.C. § 3142(f).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 9, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CRUZ GARCIA-MARTINEZ