1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   CRUZ GARCIA-MARTINEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:22-cr-00033-DAD-BAM

12              Plaintiff,             **STIPULATION TO CONTINUE CHANGE-
                                       OF-PLEA AND SENTENCING HEARING;**
13  vs.                                **ORDER**

14  CRUZ GARCIA-MARTINEZ,              Date:   March 28, 2022
                                       Time:  9:00 a.m.
15              Defendant.             Judge: Hon. Dale A. Drozd

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and

19  Assistant Federal Defender Erin Snider, counsel for Cruz Garcia-Martinez, that the change-of-

20  plea and sentencing hearing currently scheduled for March 28, 2022, at 9:00 a.m. before the

21  Honorable Dale A. Drozd may be continued to April 11, 2022, at 9:00 a.m. before the Honorable

22  Dale A. Drozd.

23        On February 10, 2022, Mr. Garcia-Martinez appeared before Judge Barbara A.

24  McAuliffe for an arraignment on an indictment charging him with a violation of 8 U.S.C. § 1326.

25  At the arraignment, the parties notified Judge McAuliffe that the government had identified the

26  case as being eligible for the government's early disposition program (also as the fast-track

27  program). Accordingly, Judge McAuliffe set a change-of-plea and sentencing hearing for March

28  28, 2022, before the District Court.

1    The parties now request that the Court continue the March 28, 2022, change-of-

2    plea/sentencing hearing to April 11, 2022, at 9:00 a.m. The parties agree and request the Court

3    find the following:

4         1.    The government has provided 127 pages of discovery in this matter.

5         2.    Counsel for Mr. Garcia-Martinez requires additional time to review discovery,

6    consult with her client regarding the fast-track offer, and conduct necessary investigation.

7         3.    Counsel for Mr. Garcia-Martinez believes that failure to grant the above-

8    requested continuance would deny her the reasonable time necessary for effective preparation,

9    taking into account the exercise of due diligence.

10        4.    The government does not object to the continuance.

11        5.    Based on the above-stated findings, the ends of justice served by continuing the

12   case as requested outweigh the interest of the public and the defendant in a trial within the

13   original date prescribed by the Speedy Trial Act.

14        6.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15   *et seq.*, within which trial must commence, the time period of March 28, 2022, to April 11, 2022,

16   inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

17        **IT IS SO STIPULATED.**

18                                    Respectfully submitted,

19
                                      PHILLIP A. TALBERT
20                                    United States Attorney

21   Date: March 10, 2022            */s/ Alexandre Dempsey*
                                      ALEXANDRE DEMPSEY
22                                    Assistant United States Attorney
                                      Attorney for Plaintiff
23

24                                    HEATHER E. WILLIAMS
                                      Federal Defender
25

26   Date: March 10, 2022            */s/ Erin Snider*
                                      ERIN SNIDER
27                                    Assistant Federal Defender
                                      Attorney for Defendant
28                                    CRUZ GARCIA-MARTINEZ

2

**O R D E R**

**IT IS SO ORDERED.** The change-of-plea and sentencing hearing currently scheduled for March 28, 2022, at 9:00 a.m. is hereby continued to April 11, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **March 10, 2022**

_____
UNITED STATES DISTRICT JUDGE