HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRUZ GARCIA-MARTINEZ,<br><br>Defendant. | Case No. 1:22-cr-00033-DAD-BAM<br><br>**STIPULATION TO VACATE CHANGE-OF-PLEA AND SENTENCING HEARING AND SCHEDULE STATUS CONFERENCE; ORDER**<br><br>Date: April 11, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cruz Garcia-Martinez, that the Court may vacate the change-of-plea and sentencing hearing currently scheduled for April 11, 2022, at 9:00 a.m. before the Honorable Dale A. Drozd and that the Court may schedule a status conference for August 10, 2022, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

On February 10, 2022, Mr. Garcia-Martinez appeared before Judge Barbara A. McAuliffe for an arraignment on an indictment charging him with a violation of 8 U.S.C. § 1326. At the arraignment, the parties notified Judge McAuliffe that the government had identified the case as being eligible for the government's early disposition program (also as the fast-track program). Accordingly, Judge McAuliffe set a change-of-plea and sentencing hearing for March 28, 2022, before the District Court. At the parties' request, the Court continued the change-of-

1  plea and sentencing hearing to April 11, 2022, at 9:00 a.m.

2  The parties now request that the Court vacate the change-of-plea and sentencing hearing

3  and schedule a status conference. The parties agree and request the Court find the following:

4  1. The government has provided 127 pages of discovery in this matter.

5  2. The parties are in the process of scheduling a time for defense counsel to review

6  Mr. Garcia-Martinez's A-file.

7  3. Defense counsel has requested additional discovery materials and the government

8  is currently investigating whether those materials exist.

9  2. Counsel for Mr. Garcia-Martinez requires additional time to review discovery,

10  consult with her client regarding his options, and conduct necessary investigation.

11  3. Counsel for Mr. Garcia-Martinez believes that failure to grant the above-

12  requested continuance would deny her the reasonable time necessary for effective preparation,

13  taking into account the exercise of due diligence.

14  4. The government does not object to the continuance.

15  5. Based on the above-stated findings, the ends of justice served by continuing the

16  case as requested outweigh the interest of the public and the defendant in a trial within the

17  original date prescribed by the Speedy Trial Act.

18  6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

19  *et seq.*, within which trial must commence, the time period of April 11, 2022, to August 10,

20  2022, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 5, 2022           */s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 5, 2022 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>CRUZ GARCIA-MARTINEZ |

## **O R D E R**

**IT IS SO ORDERED.** The change-of-plea and sentencing hearing currently scheduled for April 11, 2022, at 9:00 a.m. is hereby vacated and a status conference before Magistrate Judge Barbara A. McAuliffe is scheduled for August 10, 2022, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 11, 2022, to August 10, 2022, inclusive, is excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **April 6, 2022**                                    /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE