HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00033-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| vs. | Date: November 23, 2022 |
| CRUZ GARCIA-MARTINEZ, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cruz Garcia-Martinez, that the Court may continue the status conference currently scheduled for August 10, 2022, at 1:00 p.m. to November 23, 2022, at 1:00 p.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on August 10, 2022, at 1:00 p.m.

2. The government has provided 127 pages of discovery in this matter.

3. On April 25, 2022, defense counsel reviewed the A-file at the U.S. Attorney's Office.

4. Counsel for Mr. Garcia-Martinez requires additional time to review discovery,

1  consult with her client regarding his options, and conduct necessary investigation.

2      5.    Counsel for Mr. Garcia-Martinez believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    6.    The government does not object to the continuance.

    7.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    8.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 10, 2022, to November 23, 2022, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 3, 2022     */s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 3, 2022     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CRUZ GARCIA-MARTINEZ

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for August 10, 2022, at 1:00 p.m. is hereby continued to **November 9, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:    **August 4, 2022**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE