HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRUZ GARCIA-MARTINEZ,<br><br>Defendant. | Case No. 1:22-cr-00033-ADA-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>Date:   January 25, 2023<br>Time:  1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cruz Garcia-Martinez, that the Court may continue the status conference currently scheduled for November 9, 2022, at 1:00 p.m. to January 25, 2023, at 1:00 p.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on November 9, 2022, at 1:00 p.m.

2. The government has provided 127 pages of discovery in this matter.

3. On April 25, 2022, defense counsel reviewed the A-file at the U.S. Attorney's Office.

4. Counsel for Mr. Garcia-Martinez requires additional time to review discovery,

1  consult with her client regarding his options, and conduct necessary investigation.

2      5.    Counsel for Mr. Garcia-Martinez believes that failure to grant the above-
3  requested continuance would deny her the reasonable time necessary for effective preparation,
4  taking into account the exercise of due diligence.

5      6.    The government does not object to the continuance.

6      7.    Based on the above-stated findings, the ends of justice served by continuing the
7  case as requested outweigh the interest of the public and the defendant in a trial within the
8  original date prescribed by the Speedy Trial Act.

9      8.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10  *et seq.*, within which trial must commence, the time period of November 9, 2022, to January 25,
11  2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

12  **IT IS SO STIPULATED.**

13      Respectfully submitted,

14
15  PHILLIP A. TALBERT
    United States Attorney

16  Date: November 2, 2022    */s/ Alexandre Dempsey*
    ALEXANDRE DEMPSEY
17      Assistant United States Attorney
    Attorney for Plaintiff
18

19  HEATHER E. WILLIAMS
    Federal Defender
20

21  Date: November 2, 2022    */s/ Erin Snider*
    ERIN SNIDER
22      Assistant Federal Defender
    Attorney for Defendant
23      CRUZ GARCIA-MARTINEZ

24
25
26
27
28

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for November 9, 2022, at 1:00 p.m. is hereby continued to **January 25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period of November 9, 2022, to January 25, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: __November 2, 2022__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE