HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00033-ADA-BAM |
| Plaintiff, | ***UNOPPOSED* MOTION TO REMOVE CONDITION OF PRETRIAL RELEASE; ORDER** |
| vs. | |
| CRUZ GARCIA-MARTINEZ, | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

Defendant Cruz Garcia-Martinez hereby moves this Court for an order removing the location monitoring condition of his pretrial release (Condition 7(o)). Pretrial Services Officer Frank Guerrero supports this request, and counsel for the government has stated that he does not oppose the motion.

On February 16, 2022, this Court ordered Mr. Garcia-Martinez released upon the posting of a vehicle title and a $10,000 unsecured bond. *See* ECF #20. Among other conditions of release, Mr. Garcia-Martinez was placed on location monitoring, with the level of monitoring set at curfew. *Id.* The vehicle title and unsecured bond were posted on February 16, 2022, and Mr. Garcia-Martinez was released the following day.

Mr. Garcia-Martinez now requests that the Court remove the location monitoring condition. Since his release on February 17, 2022—over fourteen months ago—Mr. Garcia-Martinez has fully complied with each and every condition of his release. In an April 13, 2023

email to undersigned counsel, Pretrial Services Officer Guerrero stated that Pretrial Services was "in favor of recommending removal of the location monitoring condition.," in light of Mr. Garcia-Martinez's "full compliance of all conditions of release, and no location monitoring violations," coupled with the fact that he was released on a secured bond. The government does not oppose this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 19, 2023

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CRUZ GARCIA-MARTINEZ

## **O R D E R**

It is hereby ordered that the location monitoring condition (Condition 7(o)) of defendant Cruz Garcia-Martinez's pretrial release be removed.

IT IS SO ORDERED.

Dated: **April 19, 2023**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE