PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00033-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CRUZ GARCIA-MARTINEZ, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, time under the Speedy Trial Act is excluded through April 23, 2024, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **July 25, 2023**

_____
UNITED STATES MAGISTRATE JUDGE