|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|   | Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00033-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND CONTINUE TRIAL; ORDER** |
| vs. |   |
| CRUZ GARCIA-MARTINEZ, | Date:   August 12, 2024 |
|   | Time:   8:30 a.m. |
| Defendant. | Judge: District Judge |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cruz Garcia-Martinez, that the Court may vacate the status conference currently scheduled for February 14, 2024, and continue the trial currently scheduled for April 23, 2024, at 8:30 a.m. to August 12, 2024, at 8:30 a.m.

The parties agree and request that the Court make the following findings:

1. On February 23, 2023, Mr. Garcia-Martinez filed a motion to dismiss the sole count charged in the Indictment.

2. At the April 17, 2023 hearing on the motion to dismiss, the Court took the matter under advisement. Also at the hearing, and at the government's request, the Court set a trial date of April 23, 2024.

3. On December 22, 2023, the Court entered an order denying Mr. Garcia-

1  Martinez's motion to dismiss.

2  4. In light of the Court's order, counsel for Mr. Garcia-Martinez requires additional
3  time to consult with her client regarding his options, conduct necessary investigation, and engage
4  in plea negotiations with the government.

5  5. Counsel for Mr. Garcia-Martinez believes that failure to grant the above-
6  requested continuance would deny her the reasonable time necessary for effective preparation,
7  taking into account the exercise of due diligence.

8  6. The government does not object to the continuance.

9  7. Based on the above-stated findings, the ends of justice served by continuing the
10  case as requested outweigh the interest of the public and the defendant in a trial within the
11  original date prescribed by the Speedy Trial Act.

12  8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13  *et seq.*, within which trial must commence, the time period of April 23, 2024, to August 12,
14  2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15  **IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 9, 2024                 */s/ Joseph Barton*
                                       JOSEPH BARTON
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

Date: February 9, 2024                 */s/ Erin Snider*
                                       ERIN SNIDER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       CRUZ GARCIA-MARTINEZ

# O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for February 14, 2024, at 1:00 p.m. is hereby vacated. The April 24, 2024 jury trial is continued to **August 6, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. The trial confirmation hearing is continued from April 1, 2024 to **July 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. The time period of April 23, 2024, to August 6, 2024, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

In addition, the Court sets a Status Conference for **June 26, 2024 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. The parties shall meet and confer and file a joint status report, not later than June 21, 2024, informing the Court of (1) whether the parties anticipate they will be ready to proceed to trial on August 6, 2024 as scheduled; (2) what kind of motions and the number of motions each party anticipates will need to be resolved in advance of trial (e.g., in limine, motion to dismiss, suppression, other motions), (3) a proposed briefing schedule for resolution of the motions in advance of trial, and (4) any other information to aid the Court in keeping the trial date currently scheduled.

IT IS SO ORDERED.

Dated:   **February 12, 2024**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE