HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRUZ GARCIA-MARTINEZ,<br><br>Defendant. | Case No. 1:22-cr-00033-NODJ-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:   July 15, 2024<br>Time:  8:30 a.m.<br>Judge: TBD |
|---|---|

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cruz Garcia-Martinez, that the Court may vacate the status conference currently scheduled for June 26, 2024, at 1:00 p.m. and schedule a change-of-plea hearing for July 15, 2024, at 8:30 a.m.

    The parties agree and request the Court find the following:

1. By previous order, this matter was set for a status conference on June 26, 2024, to discuss the trial currently scheduled for August 6, 2024.

2. After consultation with defense counsel, Mr. Garcia-Martinez intends to enter an open guilty plea to the sole count in the Indictment.

3. Defense counsel has conferred with counsel for the government, and both parties are available for a change-of-plea hearing on July 15, 2024.

4. Time has previously been excluded through August 6, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 19, 2024  /s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: June 19, 2024  /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CRUZ GARCIA-MARTINEZ

# O R D E R

IT IS SO ORDERED that the jury trial set for August 6, 2024, trial confirmation set for July 22, 2024, and status conference set for June 26, 2024, are vacated. A change of plea hearing is set for **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time has previously been excluded through August 6, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  **June 20, 2024**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Garcia-Martinez – Stipulation to Vacate Status Conference   2
and Set Change-of-Plea Hearing