HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRUZ GARCIA-MARTINEZ,<br><br>Defendant. | Case No. 1:22-cr-00033-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:  February 24, 2025<br>Time:  8:30 a.m.<br>Judge: NODJ |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cruz Garcia-Martinez, that the Court may continue the sentencing hearing currently scheduled for November 20, 2024, to February 24, 2025, at 8:30 a.m.

On August 26, 2024, Mr. Garcia-Martinez pled guilty to the Indictment, which charges him with a violation of 8 U.S.C. § 1326(a) and (b)(2), and the Court set the matter for sentencing on November 20, 2024, at 8:30 a.m. Undersigned defense counsel requires additional time to conduct investigation relevant to sentencing. Given the holidays and defense counsel's upcoming scheduled leave, defense counsel is requesting a three-month continuance. The government does not object to the continuance, and both parties are available on February 24, 2025.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 23, 2024            */s/ Arelis Clemente*
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 23, 2024            */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
CRUZ GARCIA-MARTINEZ


**O R D E R**

IT IS SO ORDERED. The sentencing hearing currently scheduled for November 20, 2024, is continued to **February 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. The United States Probation Office is directed to issue a new presentence investigation schedule.

IT IS SO ORDERED.

Dated:  **October 24, 2024**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Garcia-Martinez – Stipulation to Continue Sentencing Hearing      2