HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRUZ GARCIA-MARTINEZ,<br><br>Defendant. | Case No. 1:22-cr-00033-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Date:   March 24, 2025<br>Time:  8:30 a.m.<br>Judge: NODJ |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cruz Garcia-Martinez, that the Court may continue the sentencing hearing currently scheduled for February 24, 2025, to March 24, 2025, at 8:30 a.m.

   On August 26, 2024, Mr. Garcia-Martinez pled guilty to the Indictment, which charges him with a violation of 8 U.S.C. § 1326(a) and (b)(2), and the Court set the matter for sentencing on November 20, 2024, at 8:30 a.m. ECF #61. On October 24, 2024, the Court continued the hearing to February 24, 2025, at the request of the parties. ECF #65.

   Undersigned defense counsel requires additional time to prepare for sentencing. Due to recent DOJ policies and the U.S. Attorney's Office's need to reevaluate previously extended plea offers in light of the new policies, undersigned defense counsel has a number of cases that require her immediate attention. The government does not object to the continuance, and both

parties are available March 24, 2025.

**IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: February 11, 2025         /s/ Arelis Clemente
                                ARELIS CLEMENTE
                                Assistant United States Attorney
                                Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 11, 2025         /s/ Erin Snider
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                CRUZ GARCIA-MARTINEZ

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from February 24, 2025, to **March 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **February 11, 2025**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE