HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRUZ GARCIA-MARTINEZ,<br><br>Defendant. | Case No. 1:22-cr-00033-NODJ-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Date: May 19, 2025<br>Time: 8:30 a.m.<br>Judge: NODJ |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Cruz Garcia-Martinez, that the Court may continue the sentencing hearing currently scheduled for March 24, 2025, to May 19, 2025, at 8:30 a.m.

On August 26, 2024, Mr. Garcia-Martinez pled guilty to the Indictment, which charges him with a violation of 8 U.S.C. § 1326(a) and (b)(2), and the Court set the matter for sentencing on November 20, 2024, at 8:30 a.m. ECF #61. On October 24, 2024, the Court continued the hearing to February 24, 2025, at the request of the parties. ECF #65. On February 11, 2025, the Court continued the hearing to March 24, 2025, at the request of the parties. ECF #69.

Undersigned defense counsel requires additional time to conduct investigation relevant to sentencing. The government does not object to the continuance, and both parties are available on May 19, 2025.

**IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: March 12, 2025         */s/ Arelis Clemente*
                             ARELIS CLEMENTE
                             Assistant United States Attorney
                             Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 12, 2025         */s/ Erin Snider*
                             ERIN SNIDER
                             Assistant Federal Defender
                             Attorney for Defendant
                             CRUZ GARCIA-MARTINEZ

## **O R D E R**

IT IS SO ORDERED. The sentencing hearing currently scheduled for March 24, 2025, is continued to **May 19, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. The Court will not grant further continuances, absent good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated:   **March 13, 2025**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE