HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRUZ GARCIA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CRUZ GARCIA-MARTINEZ,<br>Defendant. | Case No. 1:22-cr-00033-DAD-BAM-1<br>**ORDER GRANTING *UNOPPOSED* MOTION TO EXONERATE BOND** |

The motion to exonerate bond is hereby **GRANTED**. The surety of the bond executed on February 16, 2022, is exonerated and the Clerk of Court is directed to release the title to the 2008 Ford, LIC# 51040G3, VIN#1FTSW30R28EB48799 identified in docket number 18 to Monica Dias Leon.

Dated: September 1, 2026

FRANK J. SINGER
United States Magistrate Judge